Daniel Bernstein, by Henry S. Goodspeed, His Guardian ad Litem, Respondent, v. Samuel Baumann, Appellant.— Order denying motion to dismiss reversed, with ten dollars costs and disbursements, upon the ground that statements in defendant's affidavit, uncontroverted or unexplained, show that plaintiff was guilty of unreasonable delay and neglect to proceed with the action, and motion granted, with ten dollars costs. Hirschberg, P. J., Jenks, Burr, Thomas and Carr, JJ., concurred.

Joseph Brewer, Appellant, v. Louise U. Eldridge, Respondent.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Burr, Thomas and Rich, JJ., concurred.

Samuel M. Chesnut, Respondent, v. Mabel Chesnut, Appellant.— Order affirmed, without costs. No opinion. Hirschberg, P. J., Woodward, Thomas and Rich, JJ., concurred; Carr, J., taking no part.

Samuel M. Chesnut, Respondent, v. Mabel Chesnut, Defendant. Herbert E. Barnum, Corespondent, Appellant.— Order affirmed, without costs. No opinion. Hirschberg, P. J., Woodward, Thomas and Rich, JJ., concurred; Carr, J., taking no part.

Samuel M. Chesnut, Respondent, v. Mabel Chesnut, Appellant.— Interlocutory judgment affirmed, without costs. No opinion. Hirschberg, P. J., Woodward, Thomas and Rich, JJ., concurred ; Carr, J., not sitting.

The Commissioner of Public Charities of the City of New York, in the Boroughs of Brooklyn and Queens, on complaint of Sadie Marshall, Respondent, v. Elmer J. Smith, Appellant.— Order of the Court of Special Sessions affirmed, with costs. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Richard C. Doggett, Appellant, v. American Taxameter Cab Company and L. H. French, Respondents, Impleaded with T. H. McInnerney and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Jenks, Burr, Thomas and Carr, JJ., concurred.

First National Bank of Sing Sing, Respondent, v. Sarah E. Larkin, as Administratrix, etc., of Francis Larkin, Deceased, Appellant, Impleaded with Isaac B. Noxon.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Burr, Thomas and Rich, JJ., concurred.

John J. Fox, Respondent, v. Frederick H. Cox, Appellant, Impleaded with William Fox, Individually and as Administrator, etc., of John Fox, Deceased, and Others.— Judgment of the County Court of Queens county affirmed, with costs. No opinion. Woodward, Jenks, Burr, Thomas and Rich, JJ., concurred.

Edward A. Frazer, Respondent, v. James E. Martin, Appellant.— Judgment and order of the County Court of Dutchess county reversed and new trial ordered, costs to abide the event, upon the ground that the court erred in permitting the plaintiff to testify as to the number of days that his teams and men worked for the defendant without laying the foundation for such proof by showing that the reports made to the plaintiff by his employees as to the periods of work were correct. Woodward, Jenks, Burr, Thomas and Rich, JJ., concurred.

Martha Heiberger, Respondent, v. John Heiberger and Emilia Heiberger, Appellants.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Burr and Carr, JJ., concurred; Thomas, J., not sitting.